IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-MJ-1909-JG-1

| | |
|---|---|
| IN RE SEARCH WARRANT FOR: ) | |
| ) | **ORDER TO UNSEAL** |
| $6,796.23 in Funds in Chase Bank Account ) | |
| Numbered 821900453 in the Name of Alla ) | |
| Polyanskya ) | |

This case comes before the court on the motion (D.E. 6) by the government to unseal the application and affidavit for search warrant (D.E. 1). The government represents that the reasons set forth in the motion to seal have been accomplished and sealing is no longer necessary at this point in the criminal investigation.

Having duly considered the motion, and for good cause shown, the court hereby GRANTS the motion. The Clerk shall unseal the application and affidavit for search warrant (D.E. 1).

SO ORDERED, this the 7th day of November 2013.

_____
James E. Gates
United States Magistrate Judge